AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

WIDOWS SONS MASONIC RIDING ASSOCIATION OF FLORIDA, CORP.,
a Florida not-for-profit corporation

*Plaintiff(s)*

v.

WIDOWS SONS LOUISIANA,
a Louisiana corporation, and
WAYNE MUNLIN, individually,

*Defendant(s)*

Civil Action No. 1:26-cv-27093-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WIDOWS SONS LOUISIANA,
REGISTERED AGENT FOR
RUSSEL BORDELON
110 Hwy 1187
Mansura LA 71350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher W. Wadsworth
WADSWORTH, MARGREY & DIXON, LLP
261 NE 1st Street, 6th Floor
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/09/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

WIDOWS SONS MASONIC RIDING ASSOCIATION OF FLORIDA, CORP., a Florida not-for-profit corporation

*Plaintiff(s)*

v.

WIDOWS SONS LOUISIANA, a Louisiana corporation, and WAYNE MUNLIN, individually,

*Defendant(s)*

Civil Action No. 1:26-cv-27093-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WAYNE MUNLIN
72370 Dogwood Road
Abita Springs, LA 70420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher W. Wadsworth
WADSWORTH, MARGREY & DIXON, LLP
261 NE 1st Street, 6th Floor
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date: 10/09/2026